# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID A. CULLIFER, ) | Case No. 19-80891 |
| JENNIFER D. CULLIFER, ) | |
|     Debtors. ) | |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSES AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104**

## MOTION FOR 90 DAYS SUSPENSION OF PAYMENT
### (August 10, 2022 to November 10, 2022)

**COMES NOW** Debtors, David and Jennifer Cullifer, by and through their attorney of record, Marsha C. Mason, and moves this Honorable Court for a ninety (90) day suspension of payments to the Trustee and as grounds therefore states as follows:

**1.** On August 10, 2022, Debtor, David Cullifer, underwent spinal surgery and is not released to return to work. Debtor has a follow-up appointment with his surgeon on November 7, 2022. Debtor anticipates being released to return to work pending imagining results from his appointment in November.

**2.** A letter from the Debtor's treating physician is attached hereto and marked as **Exhibit "A**."

**WHEREFORE**, the Debtor prays that this Honorable Court will enter an Order suspending their payments to the Trustee for ninety (90) days.

This the 6th day of September, 2022.

        /s/ Marsha C. Mason  
        Marsha C. Mason (MAS035)  
        Attorney for Debtors  
        P.O. Box 1837  
        Alexander City, AL 35010  
        (256) 329-1313  
        Mmason@mcmasonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the following by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this the 6th day of September, 2022.

Sabrina McKinney, Esq.
Chapter 13 Bankruptcy Trustee
*via electronic notice*

Bankruptcy Administrator
*via electronic notice*

Grow Financial FCU
PO Box 89947
Tampa, FL 33689

Coosa Valley Medical Center
c/o Franklin Collection Service
PO Box 3910
Tupelo, MS 38803

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, Alabama 36132-0001

Performance Finance c/o Wayfinder BK, LLC
PO Box 64090
Tucson, AZ 85728-4090

World Omni Financial Corp.
c/o Weltman, Weinberg & Reis Co LPA
965 Keynote Circle
Brooklyn Heights, OH 44131

America's First Federal Credit Union
P O Box 11349
Birmingham, AL 35202

REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE RD, SUITE B,
GREER SC 29651

PNC Bank, National Association
PO Box 94982
Cleveland OH 44101

Wells Fargo Bank NA
MAC N9286-01Y

P O Box 1629
Minneapolis, MN 55440-9790

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

BellSouth Telecommunications, Inc
%AT&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

MERCHANTS ADJ. SERVICE
PO Box 7511
Mobile, AL 36607

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

/s/ Marsha C. Mason
Marsha C. Mason
Attorney for Debtors