UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 19−80891
Chapter 13

David A Cullifer and Jennifer D Cullifer ,

    Debtors.

## ORDER

    This case is before the court on the following matter:

**65** – Rule 9007 Motion/Notice/Objection: Motion to Excuse Plan Payments in Chapter 12 and Chapter 13 Cases . filed by Marsha C. Mason on behalf of David A Cullifer, Jennifer D Cullifer. Responses due by 09/30/2022. (Attachments: # 1 Exhibit A – Doctor Note) (Mason, Marsha)

    It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated October 3, 2022

Bess M. Parrish Creswell
United States Bankruptcy Judge