IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 19-80891 |
| DAVID A CULLIFER, | |
| JENNIFER D CULLIFER | |
|     Debtor(s). | |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## *MOTION FOR AUTHORITY TO USE CASH COLLATERAL*

COMES NOW, the Debtors, David and Jennifer Cullifer, by and through their undersigned attorney, pursuant to 11 U.S.C. §§ 363 and 1303, Fed. R. Bankr. Proc. 4001 and 9014, and LBR 9007-1 and move(s) this Honorable Court for authority to use cash collateral in the form of insurance proceeds*;* and, in support thereof would aver as follows, to-wit:

1. The Debtors filed the instant Chapter 13 Bankruptcy case on June 11, 2019.

2. World Omni, (hereinafter referred to as "Creditor") is a secured creditor of the Debtors that holds a perfected security interest in a 2016 Jeep Renegade having a VIN of ZACCJAAT1GPD84531 (hereinafter referred to as the "vehicle"). *See* POC No. 7 filed June 27, 2019. This claim was proposed to be paid direct under the Debtors' Chapter 13 plan by the non-filing codebtor.

3. Pursuant to 11 U.S.C. §§ 1322 and 1325, the Debtors' plan is paying the contractual debt owed as of the petition date directly to the Creditor without modification of the contractual obligation. **All pre-petition and post-petition payments to the Creditor were paid directly by the non-filing co-debtor, Summer Vanwormer Jenkins.** To that end, the plan was confirmed on November 18, 2019. *See* Doc. No. 56.

4. Recently, the vehicle was a total loss thereto; and, as a result, the insurer, State Farm, has given notice that said vehicle is considered a total loss. Consequently, State Farm is prepared to pay a net amount of nine thousand nine hundred and six Dollars and 99/100 Dollars ($9,996.99) on this insurance claim. *See* Exhibit "A."

5. State Farm requests the Debtors to file a direction of pay motion prior to disbursement of the insurance proceeds to the non-filing codebtor. The Debtors must have

authority to use the cash collateral (i.e., insurance proceeds) to replace the current vehicle with another vehicle as Debtors' non-filing codebtor, Summer Vanwormer Jenkins, is currently without transportation. Mrs. Jenkins also needs to pay off the lien owed to the Creditor in the amount of $1,309.04 with the funds being paid by the insurance company directly to the Creditor and the balance of the insurance proceeds going directly to the non-filing codebtor, Summer Vanwormer Jenkins, which represents her equity in the vehicle. The Creditor's claim in the plan should be reduced to the amount paid with a balance of zero.

6. The Debtors were not in the vehicle, were not injured and are not pursuing a possible personal injury claim due this accident. The Debtors are not on the policy with State Farm Insurance Company.

WHEREFORE, the above premises considered, the Debtors pray that this Honorable Court will authorize the Debtors' use of the cash collateral (insurance proceeds) upon the terms and conditions set forth herein; reduce the creditor's claim to the amount paid with a balance of zero if the insurance proceeds are to be paid directly to the creditor to satisfy the lien; after the Creditor's lien is paid all remaining proceeds are to go directly to the non-filing codebtor, Summer Vanwormer Jenkins; Order the Creditor to release the title to the aforementioned vehicle to the insurance company, and grant such other and further relief as the Court deems just.

Respectfully submitted this 1st day of May, 2023.

  /s/ Marsha C Mason
*Marsha C. Mason (MAS035)*

*Mason Law Firm*
*PO Box 1837 Alexander City, AL 35011*
*(256) 329-1313*
*(888) 597-7171*
*mmason@mcmasonlaw.com*

### CERTIFICATE OF SERVICE

I, Marsha C Mason, do hereby certify that I have served a copy of the foregoing MOTION FOR AUTHORITY TO USE CASH COLLATERAL on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 1st day of May, 2023.

  /s/ Marsha C Mason
*Marsha C Mason*

David and Jennifer Cullifer 13374 Coosa County Road 29, Weogulfka, AL 35183
Summer Vanwormer Jenkins via email: summerjenkins21@yahoo.com
World Omni c/o Weltman, Weinburg & Reis Co LPA 865 Keynote Circle Brooklyn Heights, OH

44131.  Also via email:  bronationalecf@weltman.com

State Farm Insurance Company, Claim No. 01-48V1-80T, PO Box 52250 Phoenix, AZ 85072-2250.  Also via email:  statefarmclaims@statefarm.com

Sabrina L. McKinney, Chapter 13 Standing Trustee, via CM/ECF service

Danielle Greco, Bankruptcy Administrator, via CM/ECF service